JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNI

| | | |
|---|---|---|
| Sarah Philhart, | ) | SACV 21-01835-JVS(JDEx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| County of Orange et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on June 6, 2023, and no response to the Order to Show Cause having been filed, and no proof of service having been filed in this action,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 12, 2023

_____
James V. Selna
United States District Judge